UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NICHOLAS L. SCAGLIONE,<br>Defendant. | 1:21CR30MSM-LDA<br>Cr. No. _____<br><br>In violation of 18 U.S.C. § 844(f)(1) |

## INFORMATION

The United States Attorney charges that:

On or about June 2, 2020, in the District of Rhode Island, Defendant Nicholas L. Scaglione did maliciously attempt to damage or destroy a vehicle, in whole and in part owned and possessed by the Providence Police Department, an organization receiving Federal financial assistance, by means of fire, in violation of 18 U.S.C. § 844(f)(1).

RICHARD B. MYRUS
Acting United States Attorney

_/s/ Paul F. Daly, Jr._
Paul F. Daly, Jr.
Assistant U.S. Attorney

_/s/ Sandra Hebert_
Sandra Hebert
Assistant U.S. Attorney
Criminal Division Chief

Date: 03/15/2021